# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

PHILLIP JAEGER,                           )
                                          )          Case No. 3:25-cv-207
     *Plaintiff*,                          )
                                          )          Judge Travis R. McDonough
v.                                        )
                                          )          Magistrate Judge Michael J. Dumitru
COMMISSIONER OF SOCIAL                     )
SECURITY,                                 )
                                          )
     *Defendant*.                          )

---

## ORDER

---

Before the Court is Magistrate Judge Michael J. Dumitru's report and recommendation that Plaintiff's request for relief be denied, and the Commissioner's request that the administrative law judge's ("ALJ") final decision denying benefits be affirmed. (Doc. 19.)

In his report and recommendation, Magistrate Judge Dumitru first found that the ALJ "clearly *considered* [Plaintiff's] CPP limitations in his analysis" when determining Plaintiff's mental limitations in the RFC findings (Doc. 19, at 13 (emphasis in original).) Next, he found that the ALJ properly evaluated "Plaintiff's subjective complaints" regarding perceived medication side effects and "alleged symptoms in a manner consistent with relevant SSA policies and regulations." (*Id.* at 18.) Magistrate Judge Dumitru also noted that such credibility determinations are "entrusted to the ALJ" and should not be overturned absent "'compelling reasons.'" (*Id.* (citations omitted).) Finally, Magistrate Judge Dumitru found that "the ALJ's findings and conclusions are adequately supported" and are "not inconsistent with applicable authority." (*Id.* at 18–19.)

Magistrate Judge Dumitru explicitly advised Plaintiff that he had 14 days from the entry of his report and recommendation to object to its findings. (*Id.* at 19 n.3.) Plaintiff has not filed an objection.

The Court agrees with Magistrate Judge Dumitru's well-reasoned conclusions. Accordingly, it hereby **ACCEPTS** and **ADOPTS** Magistrate Judge Dumitru's report and recommendation (Doc. 19). Plaintiff's claims are **DISMISSED WITH PREJUDICE** and the Commissioner's request that the ALJ's final decision denying benefits is affirmed. The Clerk is **DIRECTED** to **CLOSE** the case.

> **SO ORDERED.**

> /s/ *Travis R. McDonough*
> **TRAVIS R. MCDONOUGH**
> **UNITED STATES DISTRICT JUDGE**